IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DENISE A. MCKENZIE,<br><br>　　　　Defendant and Judgment Debtor.<br><br>ROMAN CATHOLIC DIOCESE OF FRESNO,<br><br>　　　　Garnishee. | Case No.: 1:15-MC-00045-SKO<br><br>**ORDER OF CONTINUING GARNISHMENT (WAGES)**<br><br>Criminal Case No.: 1:96CR05092-OWW |

On October 18, 2000, the Clerk entered a judgment against Defendant Denise A. McKenzie in the above-referenced criminal case. The judgment included a payment order for a $150.00 special assessment and $570,621.66 in restitution. The Court also imposed interest at 6.241% or $95.77 per day on the restitution amount.

On August 17, 2015, the United States filed an Application for Writ of Garnishment against the judgment debtor's non-exempt earnings from her employer, Roman Catholic Diocese of Fresno (the "Garnishee" or "the Diocese"). On August 19, 2015, the Clerk of Court issued a Writ of Garnishment and the United States served the Garnishee with the Writ and its attachments.

1

On August 28, 2015, the Diocese filed its Acknowledgment of Service and Answer of Garnishee (the Answer), which identified Defendant McKenzie as a wage earning employee and that it served Defendant McKenzie with a copy of its Answer on August 25, 2015.  Defendant McKenzie had 20 days from the date of service of the Answer to request a hearing or object.  28 U.S.C. § 3205(c)(5). Defendant McKenzie did not object to the Answer or request a hearing, and the time to do so has expired.

On September 25, 2015, the United States filed an Application for Final Order of Continuing Garnishment requesting that the Court order the Diocese to pay to the Clerk of the United States District Court as follows:  (1) All non-exempt disposable wages, earnings, bonuses, and commissions presently being withheld pursuant to the pending writ of garnishment; and thereafter, (2) Twenty-five percent of Defendant McKenzie's monthly non-exempt disposable wages, earnings, bonuses, and commissions until Defendant McKenzie's full satisfaction of the restitution and interest plus litigation surcharge totaling $1,249,123.74, or termination of the writ as set forth in 28 U.S.C. § 3205(c)(10).

The Court, having reviewed the court files and the United States' Application for Final Order of Continuing Garnishment, and good cause appearing therefor, hereby GRANTS the Application.

Accordingly, IT IS SO ORDERED that:

1. Garnishee, the Diocese, shall pay at least monthly to the Clerk of the United States District Court, twenty-five percent of  Defendant McKenzie's disposable wages, earnings, commissions, bonuses, and compensation until one of the following occurs: (a) the judgment including interest and surcharge amount of $1,249,123.74 is paid in full; (b) the Diocese no longer has custody, possession or control of any property belonging to Defendant; or (c) upon further order of this Court.

2. The Diocese is further ORDERED to provide the United States with written notice if the amount or form of compensation to Defendant McKenzie changes while this order is in effect or if the Diocese no longer has custody, possession or control of Defendant's property.

3. All amounts previously withheld by the Diocese pursuant to the writ of garnishment shall be paid to the Clerk of the Court within twenty (20) days of the filing of this Order.  The Diocese shall also provide the United States a written accounting, by pay period, of the amounts withheld from Defendant's wages during the period from service of the writ to entry of this final order.

4.     All payments shall be made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  The Diocese shall also state the docket number (Case No. 1:96CR05092-OWW) on the payment instrument.

IT IS SO ORDERED.

Dated:   **September 30, 2015**                    **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE